UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEN LAM,<br><br>                    Plaintiff,<br><br>v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a corporation; PATENAUDE & FELIX, a professional corporation; DAVID C. SCOTT, an individual; and DOES 1 THROUGH 10 inclusive,<br><br>                    Defendants. | Case No. 06cv2621 LAB (WMc)<br><br>**ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On January 16, 2007, the Court convened an Early Neutral Evaluation Conference in the above-entitled action. Appearing for Plaintiff were Jeremy Golden, Esq. and Kien Lam. Appearing for Defendant was Matthew Golding, Esq.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before ***January 31, 2007***;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. ***on or before February 9, 2007.*** Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of

the subject matter of his/her testimony. The discovery plan will also include the anticipated dates for the completion of both non-expert discovery and expert discovery; and,

3. The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur ***before February 15, 2007***;

4. Counsel **and parties** are ordered to appear ***on February 23, 2007 at 9:30 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b).

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

Dated: January 16, 2007

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court

COPY TO:

HONORABLE LARRY A. BURNS, UNITED STATES DISTRICT JUDGE
ALL PARTIES AND COUNSEL OF RECORD