1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11  KIEN LAM,

12                                    Plaintiff,

            vs.
13

14  MIDLAND CREDIT MANAGEMENT,
    INC., a corporation; PATENAUDE &
15  FELIX, a professional corporation;
    DAVID C. SCOTT, an individual; and
16  Does 1 through 10, inclusive,

17                                    Defendants.

18

CASE NO. 06cv2621-LAB (WMC)

**ORDER DISMISSING ALL
CLAIMS AGAINST MIDLAND
CREDIT MANAGEMENT, INC.**

19        All Defendants have filed answers in this case.  On January 4, 2007, Plaintiff and

20  Defendant Midland Credit Management, Inc. filed a stipulation and proposed order to dismiss

21  the action pursuant to Fed. R. Civ. P. 41(a)(1) as to Defendant Midland Credit Management,

22  Inc. only.

23        The Court construes the stipulation as an *ex parte* joint motion.  The parties are

24  cautioned that under the e-filing policies and procedures now in force, stipulations are not

25  to be e-filed.  *See* Electronic Case Filing Administrative Policies and Procedures Manual,

26  United States District Court for the Southern District of California, § 2(f)(4). The proper

27  procedure is to e-file a joint motion.  *Id*.  Proposed orders are not to be filed; rather, they

28  should be emailed directly to chambers, but only if requested by the Court. *Id.*, § 2(h).

1    Along with the joint motion, Plaintiff filed proof of service showing that all parties have

2    been served.  No party has filed an opposition or objection.  The Court therefore **GRANTS**

3    the joint motion and **DISMISSES** the action as to Defendant Midland Credit Management,

4    Inc. only.

5        **IT IS SO ORDERED**.

6    DATED:  January 19, 2007

7

8    **HONORABLE LARRY ALAN BURNS**
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

06CV2621