# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIEN LAM,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a corporation; PATENAUDE & FELIX, a professional corporation; DAVID C. SCOTT, an individual; and Does 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | CASE NO. 06cv2621-LAB (WMC)<br><br>**ORDER OF DISMISSAL** |

　　　　The remaining parties in this case have filed a document styled "Notice of Voluntary Dismissal" signed by counsel on behalf of all remaining parties.  This document is in fact a stipulation by all remaining parties for dismissal of the case without prejudice.

　　　　The Court therefore construes the filed document as a joint motion to dismiss this action in its entirety pursuant to Fed. R. Civ. P. 41(a)(1) (providing for voluntary dismissal by stipulation) and § 2(f)(4) of this district's Electronic Case Filing Administrative Policies and Procedures Manual ("All stipulations shall be filed as joint motions.") adopted September 5,

/ / /

/ / /

/ / /

2006 by General Order 550. This action is therefore **DISMISSED** without prejudice pursuant to FRCP 41(a)(1).

**IT IS SO ORDERED**.

DATED: June 27, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge